ANCIENT ORDER OF HIBERNIANS OF NEW YORK v. ANCIENT ORDER OF HIBERNIANS OF AMERICA et al. (Supreme

Court, Appellate Division, First Department. November 26, 1915.) Action by the Ancient Order of Hibernians of New York against the Ancient Order of Hibernians of America and others. No opinion. Motion denied, with $10 costs. Order filed.